1 **CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Adam Kinsinger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00066-MJS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO OCTOBER 20, 2015; ORDER THEREON** |
| ADAM KINSINGER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, ADAM KINSINGER, his attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, MATTHEW McNEASE, that the Initial Appearance in the above-captioned matter

///

///

///

///

///

///

///

STIPULATION TO CONTINUE
STATUS CONFERENCE TO MAY 5, 2015

1

currently scheduled for September 2, 2015, at 10:00 a.m. be continued until October 20, 2015, at 10:00 a.m. Defense counsel is relocating her office on September 2, 2015. This move has been scheduled for some time and movers and other vendors are already scheduled to relocate furniture, equipment and services.

Dated: August 28, 2015                        /s/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant,
                                              ADAM KINSINGER


Dated: August 28, 2015                        /s/ Matthew McNease
                                              MATTHEW McNEASE
                                              Acting Legal Officer
                                              National Park Service


## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Initial Appearance for Adam Kinsinger currently scheduled for September 2, 2015, at 10:00 a.m. shall be continued to October 20, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 31, 2015                      /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE