1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4
5  Attorney for Defendant, Adam Kinsinger

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,          CASE NO.  6:15-mj-00066-MJS

12 |          Plaintiff,

13 |      v.                            **STIPULATION TO CONTINUE STATUS
                                        CONFERENCE TO MARCH 8, 2016;**
14 | ADAM KINSINGER,                    **ORDER THEREON**

15 |          Defendant.

16

17       **IT IS HEREBY STIPULATED** by and between the Defendant, ADAM KINSINGER,

18 his attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

19 Service, MATTHEW McNEASE, that the Status Conference in the above-captioned matter

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO CONTINUE
STATUS CONFERENCE TO
MARCH 8, 2016                           1

currently scheduled for February 9, 2016, at 10:00 a.m. be continued until March 8, 2016, at 10:00 a.m.

Dated:  February 4, 2016             /s/ Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant,
                                     ADAM KINSINGER

Dated:  February 4, 2016             /s/ Matthew McNease
                                     MATTHEW McNEASE
                                     Acting Legal Officer
                                     National Park Service

# ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Status Conference for Defendant, Adam Kinsinger, currently scheduled for February 9, 2016, at 10:00 a.m. shall be continued to March 8, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 4, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE