1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4
5  Attorney for Defendant, Adam Kinsinger

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00066-MJS |

12 |           Plaintiff, | |

13 |      v. | **STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 8, 2016;** |

14 | ADAM KINSINGER, | **ORDER THEREON** |

15 |           Defendant. | |

16

17        **IT IS HEREBY STIPULATED** by and between the Defendant, ADAM KINSINGER,

18 his attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

19 Service, MATTHEW McNEASE, that the Status Conference in the above-captioned matter

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO CONTINUE
STATUS CONFERENCE TO
MARCH 8, 2016                                1

currently scheduled for February 9, 2016, at 10:00 a.m. be continued until March 8, 2016, at 10:00 a.m.

Dated:  February 4, 2016            /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    ADAM KINSINGER

Dated:  February 4, 2016            /s/ Matthew McNease
                                    MATTHEW McNEASE
                                    Acting Legal Officer
                                    National Park Service

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Status Conference for Defendant, Adam Kinsinger, currently scheduled for February 9, 2016, at 10:00 a.m. shall be continued to March 8, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 26, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE