**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, ADAM KINSINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ADAM KINSINGER,<br><br>                    Defendant. | CASE NO.  6:15-MJ-00066-MJS<br><br>**STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR VIDEO CONFERENCE APPEARANCE AT CHANGE OF PLEA HEARING; ORDER THEREON** |

   Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant ADAM KINSINGER, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit her to waive his right to personally appear for her initial appearance, and be allowed to appear by video conference from the U.S. District Court in Reno Nevada.  Mr. Kinsinger agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent her interests at all times.  The government has no objection to this request.

   Mr. Kinsinger is charged in a Second Amended Criminal Complaint with 1 count of 36 CFR 2.35(b)(2) – Possession of a Controlled Substance – Marijuana, 1 count of 36 CFR 4.14(b) – Possession of an Open Container of Alcohol in a Motor Vehicle, and 1 count of 36 CFR 2.35(a)(2)(ii) – Possession of Alcohol While Being Under the Age of 21 Years.

1  Mr. Kinsinger currently resides in Reno, Nevada.  Mr. Kinsinger personally appeared in
2 court at his initial appearance.  He works full time and goes to school.  As a result of this case, his
3 parents will not allow him to drive.
4  Mr. Kinsinger respectfully requests that the Court grant a waiver of his right and
5 obligation to be personally present for his change of plea / sentencing hearing scheduled for May
6 3, 2016 at 10:00 a.m.
7  Matthew McNease, Acting Legal Officer for the National Park Service, does not object to
8 the Rule 43 Waiver or to Mr. Kinsinger appearing by video conference from the U.S. District
9 Court in Reno, Nevada at his change of plea / sentencing hearing on May 3, 2016.

Dated:  April 6, 2016  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
ADAM KINSINGER

Dated:  April 6, 2016  /s/ Matthew McNease
MATTHEW MCNEASE
Yosemite Acting Legal Officer

DEFENDANT'S REQUEST FOR WAIVER
OF PERSONAL APPEARANCE & VIDEO CONFERENCE
APPEARANCE AT CHANGE OF PLEA / SENTENCING HEARING

2

...

1 **ORDER**

3   GOOD CAUSE APPEARING, the above request, in Case 6:15-mj-00066-MJS, for waiver of Defendant's personal appearance and to allow his appearance instead via video conference from the U.S. District Court in Reno, Nevada for his change of plea/sentencing hearing on May 3, 2016, is GRANTED.

IT IS SO ORDERED.

Dated:   April 7, 2016           /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE