1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:   (559) 513-8530
4
5  Attorney for Defendant, Adam Kinsinger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00066-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c); ORDER THEREON** |
| v. | |
| ADAM KINSINGER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, ADAM KINSINGER, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that Mr. Kinsinger be permitted to modify the terms of his probation in the following manner:

Mr. Kinsinger was sentenced by this court on May 3, 2016, to 12 months of unsupervised probation with the following conditions of probation:  pay a $980 fine, pay a $20 statutory assessment, attend AA or NA one time weekly for six months and obey all laws.  Mr. Kinsinger has paid the statutory assessment of $20 and $480 toward his fine.

Mr. Kinsinger would like to convert the remaining balance of his fine of $500 to community service hours.  He would agree to complete 50 hours of community service with a non-profit agency and file sworn proof of completion with the court in lieu of paying the remaining balance of $500 of his fine.

///

///

STIPULATION TO MODIFY CONDITION
OF PROBATION;
ORDER THEREON                             1

Defense counsel has conferred with Ms. St. Vincent and she has no objection to this modification.

Dated:  December 2, 2016         /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 ADAM KINSINGER

Dated:  December 2, 2016         /s/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Legal Officer
                                 National Park Service

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

.        Defendant, ADAM KINSINGER, in case number 6:15-mj-00066-MJS, may convert the remaining balance of his fine of $500 to 50 hours of community service at any non-profit agency.  He must submit proof of completion (**a declaration under penalty of perjury by an official with the non-profit**) through counsel to the Court **on or before March 3, 2017.**

IT IS SO ORDERED.

Dated:   December 5, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE