**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant, Adam Kinsinger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADAM KINSINGER,<br><br>    Defendant. | CASE NO. 6:15-mj-00066-MJS<br><br>**STIPULATION TO CONTINUE REVIEW HEARING TO JUNE 13, 2017; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, ADAM KINSINGER, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Review Hearing in the above-captioned matter

///

///

///

///

///

///

///

currently scheduled for April 18, 2017, at 10:00 a.m. be continued until June 13, 2017, at 10:00 a.m.

Dated: April 10, 2017  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
ADAM KINSINGER

Dated: April 10, 2017  /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer
National Park Service

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Review Hearing, in case number 6:15-mj-00066-MJS, for Defendant, Adam Kinsinger, currently scheduled for April 18, 2017, at 10:00 a.m. shall be continued to June 13, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 11, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE