Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-00066-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| ADAM WILLIAM KINSINGER, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Adam William KINSINGER has failed to obey all laws, failed to notify the Court or legal office of new violations, failed to provide proof of AA/NA attendance, and has failed to provide proof of community service.

As the legal officer, I am aware that Adam William KINSINGER, was charged with

possessing a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2) and with possessing alcohol while being under the age of 21, in violation of Title 36 Code of Federal Regulations § 2.35(a)(2)(ii). On June 5, 2016, KINSINGER plead guilty to the charges of possession of a controlled substance and being a minor in possession of alcohol. KINSINGER was sentenced to 12 months of unsupervised probation with the conditions he obey all laws, report any new violations to the Court through counsel, attend AA or NA once weekly for the first 6 months of, and pay a $1000 fine (fine of $990 and a $10 penalty assessment) at a rate of $100 per month, commencing on June 1, 2016 and due monthly. On December 5, 2016 KINSINGER's conditions of probation were modified; $500 of his fine was converted to an order to complete 50 hours of community service with a non-profit agency and file proof of completion with the Court. The government alleges KINSINGER has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:   FAILURE TO OBEY ALL LAWS

KINSINGER was ordered to obey all laws. On November 1, 2016, KINSINGER was cited in Reno, NV, for inattentive driving. KINSINGER was convicted on December 22, 2016.

CHARGE TWO:   FAILURE TO REPORT NEW VIOLATION

KINSINGER was ordered to report any new violations or law enforcement contact to the Court and Legal Office within seven days of the incident. On November 1, 2016, KINSINGER was cited in Reno, NV, for inattentive driving. KINSINGER was convicted on December 22, 2016. The Yosemite Legal Office learned of these incidents on March 8, 2017 when they initiated a review of his criminal history.

CHARGE THREE:   FAILURE TO COMPLETE AA/NA

KINSINGER was ordered to attend AA or NA once weekly for the first 6 months of probation. To date, KINSINGER has not submitted proof of any AA/NA attendance.

CHARGE FOUR:   FAILURE TO COMPLETE COMMUNITY SERVICE

Per the modified conditions of probation, KINSINGER was ordered to perform 50

hours of community service and provide proof to the court. To date, KINSINGER has not submitted proof of completing any hours of community service.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

4/18/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

4/18/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California