```
Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241
```



FILED
JUN 07 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM WILLIAM KINSINGER,<br><br>Defendant. | DOCKET NO. 6:15-mj-00066-MJS<br><br>**FIRST AMENDED AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Adam William KINSINGER has failed to obey all laws, failed to notify the Court or legal office of new violations, AND failed to provide proof of AA/NA attendance.

//

| | |
|---|---|
| 1 | As the legal officer, I am aware that Adam William KINSINGER, was charged with |
| 2 | possessing a controlled substance (marijuana), in violation of Title 36 Code of Federal |
| 3 | Regulations § 2.35(b)(2) and with possessing alcohol while being under the age of 21, in |
| 4 | violation of Title 36 Code of Federal Regulations § 2.35(a)(2)(ii). On June 5, 2016, |
| 5 | KINSINGER plead guilty to the charges of possession of a controlled substance and |
| 6 | being a minor in possession of alcohol. KINSINGER was sentenced to 12 months of |
| 7 | unsupervised probation with the conditions he obey all laws, report any new violations to |
| 8 | the Court through counsel, attend AA or NA once weekly for the first 6 months of, and |
| 9 | pay a $1000 fine (fine of $990 and a $10 penalty assessment) at a rate of $100 per |
| 10 | month, commencing on June 1, 2016 and due monthly. On December 5, 2016 |
| 11 | KINSINGER's conditions of probation were modified; $500 of his fine was converted to |
| 12 | an order to complete 50 hours of community service with a non-profit agency and file |
| 13 | proof of completion with the Court. The government alleges KINSINGER has violated the |
| 14 | following condition(s) of his unsupervised probation: |
| 15 | |
| 16 | CHARGE ONE: FAILURE TO OBEY ALL LAWS |
| 17 | KINSINGER was ordered to obey all laws. On November 1, 2016, KINSINGER |
| 18 | was cited in Reno, NV, for inattentive driving. KINSINGER was convicted on December |
| 19 | 22, 2016. |
| 20 | CHARGE TWO: FAILURE TO REPORT NEW VIOLATION |
| 21 | KINSINGER was ordered to report any new violations or law enforcement contact |
| 22 | to the Court and Legal Office within seven days of the incident. On November 1, 2016, |
| 23 | KINSINGER was cited in Reno, NV, for inattentive driving. KINSINGER was convicted |
| 24 | on December 22, 2016. The Yosemite Legal Office learned of these incidents on March |
| 25 | 8, 2017 when they initiated a review of his criminal history. |
| 26 | CHARGE THREE: FAILURE TO COMPLETE AA/NA |
| 27 | KINSINGER was ordered to attend AA or NA once weekly for the first 6 months of |
| 28 | probation. To date, KINSINGER has not submitted proof of any AA/NA attendance. |

1  I declare under penalty of perjury the information which I have set forth above and
2  on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

_6/7/17_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_6/7/17_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3