Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM WILLIAM KINSINGER,<br><br>Defendant. | DOCKET NO. 6:15-MJ-066-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Adam William KINSINGER, was charged with possessing a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2) and with possessing alcohol while being under the age of 21, in violation of Title 36 Code of Federal Regulations § 2.35(a)(2)(ii). On June 5, 2016, KINSINGER plead guilty to the charges of possession of a controlled substance and being a minor in possession of alcohol. KINSINGER was sentenced to 12 months of unsupervised probation with the conditions he obey all laws, report any new violations to the Court through counsel, attend AA or NA once weekly for the first 6 months of, and pay a $1000 fine (fine of $990 and a $10 penalty assessment) at a rate of $100 per month, commencing on June 1, 2016 and due monthly. On December 5, 2016 KINSINGER's conditions of probation were modified; $500 of his fine was converted to an order to complete 50 hours of

community service with a non-profit agency and file proof of completion with the Court.

On JUNE 7, 2107 the Government filed a Notice of Probation Violation alleging KISINGER had failed to obey all laws by being cited for inattentive driving, failed to report that law violation, and had failed to attend AA/NA meetings as ordered. A review hearing was scheduled for June 13, 2017 at 10:00 A.M. The Government has subsequently been provided proof of AA attendance. The Government herewith withdraws its Allegation of Probation Violation in this matter, and requests the Court vacate the review hearing currently scheduled.

Dated: June 12, 2017                         By: /s/ Susan St. Vincent
                                             Susan St. Vincent
                                             Legal Officer
                                             Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

    1. The Statement of Alleged Probation Violation(s) filed on June 7, 2017 is retracted.

    2. The review hearing set for June 13, 2017 is vacated.

IT IS SO ORDERED.

Dated:   June 13, 2017                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE